UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE CAGNO,<br><br>        Plaintiff,<br><br>    v.<br><br>EVERETT FINANCIAL, INC.,<br><br>        Defendant. | Case No. 25-cv-03700-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Peter H. Kang for consideration of whether the case is related to *Cagno v. Supreme Mortgage Lending, Inc.*, 24-cv-04713-PHK.

**IT IS SO ORDERED.**

Dated: August 8, 2025

                                                                                                                THOMAS S. HIXSON<br>
                                                                                                                 United States Magistrate Judge